# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

SHAWN L. BURKS
Plaintiff(s)

v.

DAVE SUTTON, Sheriff
RICHARD B. MOSS, Jail Administrator
GLENN SHELTON, Deputy

Names of person(s) who violated your constitutional rights (List the names of all the person.)

RECEIVED
2007 APR 20 A 9:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 1:07-cv-337-MEF
(To be supplied by Clerk of US Court)

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ☐ No ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

-1-

1. Parties to this previous lawsuit:
    Plaintiff(s) _____
    _____

    Defendant(s) _____
    _____

2. Court (if federal court, name the district; if state court, name the county)
    _____
    _____

3. Docket Number _____
4. Name of judge to whom case was assigned
    _____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Coffee County Jail, County Complex #4, New Brockton, AL 36351

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Coffee County Jail, County Complex #4, New Brockton, AL 36351, Cell-block 2# - Cell 8#

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS
1. DAVE SUTTON, - Coffee County Jail, County Complex #4, New Brockton, AL. 36351

- 2 -

NAME                        ADDRESS

2. Richard B. Moss - Coffee County Jail, County Complex #4, New Brockton, AL 36351
3. Glenn Shelton - Coffee County Jail, County Complex #4, New Brockton, AL 36351
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
March 3, 2007, about 10:30 P.M.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was physical and Mental, hurt, by a shot gun - I was shot in the stomach by a shotgun, for no reasons at all, I was locked down in a cell, cell 8.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Saturday, March 3, 2007 at Appr. 10:30 PM, an incident occured during lockdown at the Coffee County Jail in New Brockton, AL 36351, in which I was shot with a 12 Gauge shotgun in my stomach, (bean bag) while I was locked down in a signed cell, by deputy Glenn Shelton; Deputy Shelton was in a fit of rage, when he and deputy Redman entered Cell block #2 March 3, 2007, after all inmates was locked down, then Shelton ordered that cell #17 in cell block 2 be opened. Deputys Shelton and deputy Redman then started shooting their shotgun and started shouting at the inmates. Several minutes later inmates Alex Pike and Timothy Counsel was brought down from the top floor stair of this cell block in handcuffs, and while

3

Continue from page 3, Stating Briefly The Facts Which Support This Grounds:

deputies was exiting cell block #2, I Shawn Lavon Burks was shot in the stomach by deputy Glenn Shelton, he pointed the shotgun through the bars of cell block #2 in cell 8#, on the bottom floor of cell block #2, he then fired the shotgun through the bars hitting me in the stomach. As a result of my injuries I now suffer pain in my lower groin area, blood in my urine every time I urinaid, and severe headaches; I also suffer severe swelling and discoloration.

I am a victim of police Brutality, and the Fourth Amendment provides an explicit taxtual source of Federal Constitutional protection against such physically harm, and such cause of action to an inmate while incarcerated in, institution, Jail or other government institution housed under governmental Authority.

Deputy Glenn Shelton, acted knowingly with respect to the conduct, of his intent, his purpose to cause the harm to me inmate Shawn Lavon Burks, while I was locked in cell 8#, no threat to him, nor did I make any threat; There was no existing cause by me, to invoke any conduct from deput Shelton, giving him cause to engage, in his type of conduct to intentionally shoot me in the stomach with a shotgun on the date of March 3, 2007 at appro. 10:30 P.M. in cell 8# of cell block 2#.

A. To my understanding guns was not or should have not been allowed in this section of Jail or this institution, but several guns was bought in this section of Jail several times and on March 3, 2007.

-4-

## VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I have not gotten proper physical medical attention, treatment, medication nor been taken to the proper doctor for my injuries that has been caused by this incident, my physical now condition is being pushed aside by the authority here, at Coffee County Jail, the harm that has been caused to me will never heal to the affect of my now condition, to the condition I was in physical and mental, before entering this Jail and before March 30, 2007, I, want my Free from Jail in order that I can obtain the proper medical physical treatment, medication, testing as required, for my now condition, I want to be award in punitive damage in the amount of One Millions Dollars, [$1000,000.00], I want to be rewarded for damage to my health in the amount of Five Hundred Thousand dollars [$500,000], I want to be compensated in the amount of Five Hundred Thousand Dollars [$500,000] for future medical treatment, medication, physical condition health wise that may come from the harm that is done to me, and all medical bills payed by this institution to for the proper care, proper doctors, proper medication, that is and will be future needed.

X _Shawn Lavon Burks_
Signature of Plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-10-07  .

X _Shawn Lavon Burks_
Signature of Plaintiff(s)

-5-

Shawn Lavon Burks #188755
P.O Box 150
Mount Meigs, AL
36057

MONTGOMERY AL 361
19 APR 2007 PM 1 T

Office of the Clerk
United States District Court
P.O Box 711
Montgomery, Alabama 36101-0711