

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Sandy Pope
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Sandy Pope

C. Date of Delivery
4/25/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Dave Sutton, Sheriff
Coffee County Jail
County Complex #4
New Brockton, AL 36351

07cv337 C+Or

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 8193 4393

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Glenn Shelton, Deputy
   Coffee County Jail
   County Complex #4
   New Brockton, AL  36351

   07cv337 C&OP

2. Article Number
   (Transfer from service label)

   7006 2760 0002 8193 4409

   2811 February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Sandy Pope
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Sandy Pope

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt                    102595-02-M-1540