IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHAWN L. BURKS, # 188755**<br>**PLAINTIFF,** | )<br>)<br>) |
| **V.S.** | ) CASE NO: 1:07-CV-337-MEF<br>) (WO)<br>) |
| **DAVE SUTTON,  SHERIFF, et al.,**<br>**Defendants** | |

### NOTICE OF CHANGE OF ADDRESS

Comes now the Plaintiff, Shawn L. Burks, proceeding Pro-Se, and without the benefit of Counsel hereby gives notice to this Court of his change of address in compliance with this Court's Order entered on April 24, 2007.

The Plaintiff's former address was  Coffee County Jail, County Complex #4 Newbroxton, Alabama 36351.

On or about April 12, 2007 the Petitioner was transfered to the Alabama Department of Corrections, and is now hopused at the Elmore correctional Facility, who's address is as follows
SHAWN L. BURKS # 188755  B2-13A
ELMORE CORRECTIONAL FACILITY
P.O. BOX 8
ELMORE, ALABAMA 36025

Please foreward any further correcpondances to this new address.

Since the Plaintiff have not been notified, as to who the Attorney is that is representing the Defendant's, the Plaintiff respectfully request that the Clerk foreward the necessary information, about this Plaintiff's address to the counsel for the Defendants.

Respectfully Submitted
*Shawn L. Burks*
Shawn L. Burks

DONE THIS 27th DAY OF APRIL, 2007

SHAWN L. BURKS #188155 B2-13A
ELMORE CORRECTIONAL FACILITY
P.O Box 8
ELMORE, ALABAMA 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O Box 711
MONTGOMERY, ALABAMA 36101-0711

MONTGOMERY AL 361
30 APR 2007 PM 3 T

36101+0711

