IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN L. BURKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00337-MEF-TFM |
| | ) |
| DAVE SUTTON, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and enters his appearance as counsel of record for the Defendants, Coffee County, Alabama, Sheriff Dave Sutton, Richard B. Moss, and Glenn Shelton.

Respectfully submitted this 18th day of May, 2007.

>  **s/Gary L. Willford, Jr.**
>  GARY L. WILLFORD, JR. Bar NO. WILLG2371
>  Attorney for Defendants
>  WEBB & ELEY, P.C.
>  7475 Halcyon Pointe Drive (36117)
>  Post Office Box 240909
>  Montgomery, Alabama 36124
>  Telephone: (334) 262-1850
>  Fax: (334) 262-1889
>  E-mail: gwillford@webbeley.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the **18th** day of **May, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Shawn L. Burks, AIS 188755
    Elmore Correctional Facility
    P. O. Box 8
    Elmore, AL  36025

        **s/Gary L. Willford, Jr.**
        OF COUNSEL