IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

SHAWN L. BURKS, #188 755          *

    Plaintiff,                            *

v.                                               *          1:07-CV-337-MEF

DAVE SUTTON, SHERIFF, *et al.*,   *

    Defendants.                         *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2. Defendants are GRANTED an extension from June 4, 2007 to July 13, 2007 to file their answer and written report.

Done, this 1st day of June 2007.

                                                  /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE