IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHAWN L. BURKS,
    Plaintiff,

VS.    CIVIL ACTION NO. 1:07-CV-00337-MEF-TFM

DAVE SUTTON, et al.,
    Defendants.

## Motion to Request Counsel

Comes Now the Plaintiff SHAWN BURKS and move this Honorable Court to grant his motion for Counsel for the following Reason stated.

The Plaintiff is an party to an on going Lawsuit, SHAWN BURKS VS. DAVE SUTTON. however, he does not have an attorney to Represent him in his Cause.

It is my desire that the Honorable Judge of the Court, would now appoint Legal Counsel so Plaintiff would be justly represented in this Cause?

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, I have written the foregoing to the Clerk of the Court, and I have mailed a true and correct copy to the counsel for the Defendants to the following address

WEBB & ELEY P.C
7475 Halcyon Pointe Dr.
P.O Box 240909
Montgomery, Al, 36124

Shawn Lavon Burks
Plaintiff



Shawn Lavon Burks #186755 B-2 13A
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711