In The United States District Court
For The Middle District Of Alabama
Southern Division

Shawn L. Burks, #188755
   Plaintiff

V.S.                                         Case No: 1:07-CV-337-MEF
                                                      (WO)

Dave Sutton, Sheriff, et al.,
   Defendant(s)

## Motion For Extension Of Time

Comes now The Plaintiff, Shawn L. Burks Proceeding Pro-Se And Through Inmate Assistance, And Respectfully Request That This Court Will Grant The Petitioner A (30) Thirty-Day Extension Of Time In Which To File A Response To The Defendant's Special Report, And As Reasons Why An Extension Of Time Is Needed, he Will Show As Follows;

1. The Plaintiff Is Untrained/or Unschooled In The Law And he Must Rely On The Assistance Of Inmate Law Clerks At The Elmore Correctional Facility;

2. Because The Person Assisting The Petitioner Is Not Familiar With The Facts Of This Case, he Will Need

-1-

To Review The Pleadings And Arguments Presented by The Defendants. And Ascertain whether Further Discovery Is Necessary before A Proper Response will be Possible;

3. From A Casual Look At The Special Report, It Does- In- Fact Appear That The Plaintiff will Ask This Court To Grant Discovery opportunity within The (30) Thirty- Day Time Limit, As Requested by The Plaintiff.

Respectfully Submitted
*Shawn L. Burks*
Shawn L. Burks # 188755

### Conclusion

For The Reason Stated herein, The Petitioner Respectfully Request That This Court Will Grant The Extension Of Time. And This Extension Will not Prejudice The Defendants.

*Shawn L. Burks*
Shawn L. Burks # 188755

### Certificate Of Service

I hereby Certify I have Served A Copy Of The Foregoing On The Attorney's For The Defendant by Placing Same In The U.S. Mail Properly Addressed And Postage Pre-Paid This 23rd Day Of July, 2007.

Webb & Eley, P.C.
P.O. Box 240909
Montgomery, AL. 36124

*Shawn L. Burks*
Shawn Burks # 188755   B2-13
Elmore Correctional Facility
P.O. Box 8
Elmore, Al. 36025

Shawn L. Burks #188755 B2-13A
Elmore Correctional Facility
P.O Box 8
Elmore, Alabama 36025

MONTGOMERY AL 361
23 JUL 2007 PM 2 T

Legal MAIL

36101+0711

Office of The Clerk
United States District Court
Middle District of Alabama
P.O Box 711
Montgomery, Al 36101-0711