IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| SHAWN L. BURKS, #188 755 | * |
| Plaintiff, | * |
| v. | *   1:07-CV-337-MEF |
| DAVE SUTTON, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 15), is GRANTED;

2. Plaintiff is GRANTED an extension from August 6, 2007 to September 5, 2007 to file his opposition to Defendants' written report.

It is further ORDERED that:

3. All requests for discovery shall be filed with the court and served upon the proper party on or before August 9, 2007;

4. Responses and/or objections to requests for discovery shall be filed on or before August 24, 2007;

5. Any requests for discovery filed after August 9, 2007 will **NOT** be considered by

the court unless the party seeking the discovery establishes the existence of exceptional circumstances.

    Done, this 26th day of July 2007.

                                          /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE