IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

SHAWN L. BURKS, #188 755              *

    Plaintiff,                              *

v.                                                *        1:07-CV-337-MEF

DAVE SUTTON, SHERIFF, *et al*.,     *

    Defendants.                          *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Discovery filed August 3, 2007 and in light of Defendants' objection to Plaintiff's discovery request, the court concludes that the motion for discovery is due to be denied at this time.

Accordingly, it is

ORDERED that Plaintiff's Motion for Discovery (Doc. No. 17) be and is hereby DENIED. The request may be reconsidered if warranted by further developments in this matter.

Done, this 13th day of August 2007.

                                                /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE