```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003825
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWN L. BURKS
 Case/Party: D-ALM-1-07-CV-000337-001
 Amount:         $18.00
------------------------------------
CHECK
 Check/Money Order Num: 32373
 Amt Tendered:  $18.00
------------------------------------
Total Due:      $18.00
Total Tendered: $18.00
Change Amt:     $0.00
```