IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHAWN L. BURKS #188755
PLAINTIFF

V.S.

DAVE SUTTON, SHERRIFF, et al.
DEFENDANTS

1: 07CV337-F

RECEIVED
2008 MAR 28 A 9:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NOTICE OF CHANGE OF ADDRESS

Comes now the Plantiff Shawn L. Burks proceeding Pro-Se, and without the benefit of counsel hereby gives notice to this Court of his change of address in compliance with this Court Order entered on April 24, 2007

The Plaintiff's former Address was at Coffee County Jail and was transfered to the Alabama Dept. of Corrections from Kilby to Elmore but then Petitioner was transfered on or about 3/26/08 to the Clay County Detention Center who's address is as follows.

Ashland Detention Center
P.O Box 757
Ashland, AL 36251

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of March, 2008 I have written the foregoing with the Clerk of the Court and that I have mailed a true and correct copy by United States Mail to the following

WEBB & ELEY
P.O Box 240909
Montgomery, Al 36124

Shawn L. Burks
Plaintiff

Shawn Burks
P.O Box 757
Ashland, AL 36251

BIRMINGHAM AL 352

27 MAR 2008 PM 6 L

"LET US DARE TO READ
THINK, SPEAK AND
John Adams, 1765
powerofthelettercom"



Office of the Clerk
United States District Court
P.O Box 711
Montgomery, Alabama 36101-0711

361010711

CORRESPONDENCE
IS FORWARD FROM COUNTY JAIL
CONTENTS HAVE NOT BEEN EVALUATED.
CLAY COUNTY SHERIFF OFFICE IS NOT
RESPONSIBLE FOR THE SUBSTANCE OF THE
CONTENTS OF THE ENCLOSED
COMMUNICATIONS