IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN L. BURKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00337-MEF-TFM |
| | ) |
| DAVE SUTTON, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sheriff Dave Sutton, Capt. Richard B. Moss, and Deputy Sheriff Glenn Shelton, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Gary L. Willford, Jr. of Webb & Eley, P.C. remains attorney of record.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 29th day of May, 2008.

          **s/Joseph L. Hubbard, Jr.**
          JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
          WEBB & ELEY, P.C.
          Post Office Box 240909
          Montgomery, Alabama 36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true

and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

>Shawn Burks
>Elmore Correctional Facility
>P. O. Box 8
>Elmore, Alabama  36025

>**s/Joseph L. Hubbard, Jr.**
>OF COUNSEL