IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

SHAWN L. BURKS, #188 755            *

    Plaintiff,                              *

    v.                                       *        1:07-CV-337-MEF

DAVE SUTTON, SHERIFF, *et al*.,     *

    Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of the motion to withdraw filed on May 29, 2008 , and for good cause, it is

ORDERED that the motion (*Doc. No. 28*) be and is hereby GRANTED.

Done, this 2nd day of June 2008.


                                            /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE