**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SHAWN L. BURKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-00337-MEF-TFM |
| | ) | |
| **DAVE SUTTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Dave Sutton, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

         This party is a governmental entity, or

         There are no entities to be reported, or

         The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 5th day of June, 2008.

        **s/Gary L. Willford, Jr.**
        GARY L. WILLFORD, JR. Bar NO.  WIL198
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        Email:  gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of June, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Shawn Burks, SID 288766
    Ashland Detention Center
    P. O. Box 757
    Ashland, AL  36251

        **s/Gary L. Willford, Jr.**
        OF COUNSEL