# In the United States District Court
## For the Middle District of Alabama
## Southern Division

Shawn L. Burks
  Plaintiff

VS.    Civil Action No 1:07 cv 337-MHT

Dave Sutton
  Defendants

RECEIVED 2008 AUG 15 A 10:09
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion to Withdraw

Comes Now Shawn Lavon Burks Plaintiff in the above styled cause moves this Court for permission to withdraw from Civil Action Suit against Dave Sutton, Richard B. Moss and Deputy Glenn Shelton. The undersigned states that he will no longer pursue in this Suit

Shawn L. Burks respectfully request an order from this Court that releases him from this matter

Respectfully Submitted this the 12th day of August, 08

Shawn Lavon Burks #188755
J.O Davis Correctional Facility
  Fountain 4000
  Atmore, Alabama 36503

Certificate of Service

I hereby cerify that on this 12th day of August, 2008 I have filed the foregoing with the clerk of the Court and have mailed a true and correct copy by mail to the following

WEBB & ELEY, P.C
Post Office Box 240909
Montgomery, Alabama 36124

Shawn L. Burks #188755 0-80-B
J.O Davis correctional facility
Fountain 4000
Atmore, Alabama 36503

MOBILE AL 366
14 AUG 2008 PM 2 T

"LET US DARE TO READ,
THINK, SPEAK AND
John Adams, 1765
poweroftheletter

United States District Court
Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery, Alabama 36101-0711