Shawn L. Burks #188755 O-80-B
J.O Davis correctional facility
Fountain 4000
Atmore, Alabama 36503

MOBILE AL 366
14 AUG 2008 PM 2 T

"LET US DARE TO READ
THINK, SPEAK AND
John Adams, 1765
poweroftheletter

United States District Court
Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery, Alabama 36101-0711